FILED

2017 FEB 17 PM 2:48

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANUNKA DILLARD,

        Plaintiff,

vs.                                               CASE NO.: 6:17-cv-285-ORL-37-KRS

CREDIT PROTECTION ASSOCIATION, L.P.

        Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, Anunka Dillard (hereafter Plaintiff or Dillard), by and through the undersigned counsel, and sues the Defendant Credit Protection Association, L.P., (hereafter Credit Protection), and alleges:

1. This is an action for damages greater than $75,000.00, exclusive of interest, costs and attorney's fees.

2. At all times material hereto, Defendant, Credit Protection was a foreign limited partnership with a principal place business in Dallas, Texas. Credit Protection registered with the Florida Secretary of State and conducts business in State of Florida to the extent is collects on debts owed by Florida residents.

3. The Plaintiff is a resident of Volusia County, Florida.

4. Credit Protection is a third party debt collector. Credit Protection for purposes of the Fair Debt Collection Practices Act (hereafter FDCPA) is a debt collector.

1

## COUNT I – NEGLIGENT VIOLATION OF THE TELEPHONE CONSUMER PROTECTION STATUTE

Plaintiff re-alleges paragraphs One to Four as set forth above.

5. The Telephone Consumer Protection Act (TCPA) 47 U.S.C 227, provides in pertinent part:

> (b) RESTRICTIONS ON THE USE OF AUTOMATED TELEPHONE EQUIPMENT.— (1) PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—
>
> (A) to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—
>
> …(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call

6. The Plaintiff's Cellular/Mobile Phone number at all times material hereto was (386) 338-8652.

7. Defendant used automatic telephone dialing equipment to call the plaintiff's cellular telephone number on numerous occasions including but not limited to the following occasions:

| | Offender Name | Offender Number | Activity Time | |
|---|---|---|---|---|
| 1) | Credit Protection Association | 8887452315 | 07/22/2014 | 08:41:43 AM |
| 2) | Credit Protection Association | 8887452315 | 07/31/2014 | 08:06:13 AM |
| 3) | Credit Protection Association | 8887452315 | 07/31/2014 | 08:25:23 AM |
| 4) | Credit Protection Association | 8887452315 | 08/01/2014 | 10:47:23 AM |
| 5) | Credit Protection Association | 8887452315 | 08/01/2014 | 02:42:31 PM |
| 6) | Credit Protection Association | 8887452315 | 08/02/2014 | 11:16:23 AM |
| 7) | Credit Protection Association | 8887452315 | 08/02/2014 | 11:22:15 AM |
| 8) | Credit Protection Association | 8887452315 | 08/15/2014 | 07:26:35 AM |
| 9) | Credit Protection Association | 8887452315 | 08/16/2014 | 10:51:25 AM |
| 10) | Credit Protection Association | 8887452315 | 08/18/2014 | 07:39:29 AM |
| 11) | Credit Protection Association | 8887452315 | 08/18/2014 | 11:35:30 AM |
| 12) | Credit Protection Association | 8887452315 | 08/19/2014 | 07:38:49 AM |

13) Credit Protection Association	8887452315	08/19/2014 01:19:48 PM
14) Credit Protection Association	8887452315	08/20/2014 07:17:43 AM
15) Credit Protection Association	8887452315	08/20/2014 11:08:44 AM
16) Credit Protection Association	8887452315	08/21/2014 07:35:34 AM
17) Credit Protection Association	8887452315	08/21/2014 11:25:54 AM
18) Credit Protection Association	8887452315	08/21/2014 02:26:47 PM
19) Credit Protection Association	8887452315	08/22/2014 07:11:18 AM
20) Credit Protection Association	8887452315	08/22/2014 11:01:31 AM
21) Credit Protection Association	8887452315	08/23/2014 11:14:10 AM
22) Credit Protection Association	8887453191	09/16/2014 08:02:15 AM
23) Credit Protection Association	8887453191	09/24/2014 09:36:40 AM
24) Credit Protection Association	8887453191	09/24/2014 01:27:07 PM
25) Credit Protection Association	8887453191	09/25/2014 07:24:15 AM
26) Credit Protection Association	8887453191	09/25/2014 12:17:06 PM
27) Credit Protection Association	8887453191	09/29/2014 07:46:16 AM
28) Credit Protection Association	8887453191	09/29/2014 11:38:07 AM
29) Credit Protection Association	8887453191	09/30/2014 07:58:13 AM
30) Credit Protection Association	8887453191	09/30/2014 11:50:08 AM
31) Credit Protection Association	8887453191	10/01/2014 08:16:39 AM
32) Credit Protection Association	8887453191	10/01/2014 12:07:16 PM
33) Credit Protection Association	8887453191	10/23/2014 07:49:45 AM
34) Credit Protection Association	8887453191	10/23/2014 11:40:50 AM
35) Credit Protection Association	8887453191	10/25/2014 12:52:30 PM
36) Credit Protection Association	8887453191	10/27/2014 07:36:55 AM
37) Credit Protection Association	8887453191	10/27/2014 01:51:09 PM
38) Credit Protection Association	8887453191	10/28/2014 07:13:39 AM
39) Credit Protection Association	8887453191	10/29/2014 08:54:19 AM
40) Credit Protection Association	8887453191	10/29/2014 12:46:31 PM
41) Credit Protection Association	8887453191	10/30/2014 07:17:15 AM
42) Credit Protection Association	8887453191	10/30/2014 11:08:08 AM
43) Credit Protection Association	8887453191	10/31/2014 01:42:05 PM
44) Credit Protection Association	8887453191	10/31/2014 03:04:06 PM
45) Credit Protection Association	8887453191	11/07/2014 03:02:46 PM
46) Credit Protection Association	8887453191	11/10/2014 08:48:02 AM
47) Credit Protection Association	8887453191	11/10/2014 04:57:43 PM
48) Credit Protection Association	8887453191	11/11/2014 05:37:58 PM
49) Credit Protection Association	8887453191	11/12/2014 03:13:37 PM
50) Credit Protection Association	8887453191	11/13/2014 03:22:08 PM
51) Credit Protection Association	8887453191	11/14/2014 08:25:45 AM
52) Credit Protection Association	8887453191	11/14/2014 02:22:27 PM
53) Credit Protection Association	8887453191	11/15/2014 11:32:55 AM
54) Credit Protection Association	8887452315	12/10/2014 02:06:34 PM
55) Credit Protection Association	8887452315	12/12/2014 04:50:47 PM
56) Credit Protection Association	8887452315	12/15/2014 03:19:49 PM
57) Credit Protection Association	8887452315	12/16/2014 02:44:31 PM
58) Credit Protection Association	8887452315	12/17/2014 05:06:21 PM

| | | | |
|---|---|---|---|
| 59) | Credit Protection Association | 8887453191 | 01/09/2015 08:12:29 AM |
| 60) | Credit Protection Association | 8887453191 | 01/09/2015 01:43:21 PM |
| 61) | Credit Protection Association | 8887010632 | 01/10/2015 11:17:03 AM |
| 62) | Credit Protection Association | 8887010632 | 01/10/2015 11:18:44 AM |
| 63) | Credit Protection Association | 8887010632 | 01/14/2015 03:19:45 PM |
| 64) | Credit Protection Association | 8887010632 | 05/03/2015 09:33:37 AM |

8. The Plaintiff never gave Defendant permission to call Plaintiff's cellular phone.

9. When the Plaintiff realized Defendant's calls were not the result of an isolated mistake the Plaintiff instructed the Defendant to cease all calls to the Plaintiff's cell phone and the Defendant despite Plaintiff's instruction continued to call the Plaintiff.

10. If the Defendant ever had consent or implied consent to call the Plaintiff such consent was revoked by the Plaintiff when Plaintiff instructed the Defendant to stop calling the Plaintiff.

11. Those calls that were made after Plaintiff instructed Defendant to stop were willful.

12. Pursuant to the TCPA the Plaintiff is entitled to recover from the Defendant $500.00 per call for each call and for any call that was not willful.

## COUNT II – WILLFUL VIOLATION OF TCPA

Plaintiff re-alleges paragraphs One to Twelve as set forth above.

13. On more than one occasion Plaintiff Dillard instructed Defendant to stop calling her.

14. Despite Dillard's requests Defendant continued to call Dillard.

15. Defendant's calls to Plaintiff made after Plaintiff told Defendant to stop calling were made with knowledge that Plaintiff did not wish to be called and were a knowing violation of the TCPA.

16. Defendant's calls subsequent to July 31, 2014 were in willful violation of the TCPA.

17. For such calls that were willful the Plaintiff is entitled to treble damages pursuant to 47 USC 227(b)(3)(C), of $1,500.00 per call.

**WHEREFORE**, the Plaintiff, Dillard Akuna, demands judgment for damages, and any and all further relief as this Court deems just and proper, and further demands a trial by jury on all issues.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Defendant herein through service of process.

**SHUSTER & SABEN, LLC**

*/s/ Richard Shuster*
RICHARD SHUSTER, ESQUIRE
Fla. Bar No.: 045713
1413 South Patrick Drive, Suite 7
Satellite Beach, Florida  32937
Telephone:     321-622-5040
Fax Number:   877-335-4747
Primary: richshuster@gmail.com
Secondary: assistant2richardshuster@gmail.com
Attorney for Plaintiff