**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANUNKA DILLARD,**

        **Plaintiff,**

**v.**                            **Case No:   6:17-cv-285-Orl-37KRS**

**CREDIT PROTECTION**
**ASSOCIATION, L.P.,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntarily Dismissal (Doc. 13), filed March 20, 2017.   No answer has been filed.   Accordingly, it is

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), this case is hereby **DISMISSED**.   The Clerk is directed to close the file.

**DONE AND ORDERED** at Orlando, Florida this 23rd day of March, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record